IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S. BENNETT, | No. C 08-02792 SBA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| KEN CLARK, Warden, | |
| Respondent. / | |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus in which he challenges the execution of his sentence. He seeks leave to proceed in forma pauperis (IFP).

A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. See 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. See id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). But if a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Petitioner is incarcerated at California Substance Abuse Treatment Facility, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84. Because Petitioner challenges the execution of his sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and

1  Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the
2  United States District Court for the Eastern District of California.  Petitioner's motion for leave to
3  proceed IFP is DENIED as moot.
4         IT IS SO ORDERED.
5  DATED: 10/16/08
6                                                    SAUNDRA BROWN ARMSTRONG
                                                     UNITED STATES DISTRICT JUDGE

28  P:\PRO-SE\SBA\HC.08\Bennett2792TransED.wpd               2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID S BENNETT, | Case Number: CV08-02792 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KEN CLARK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Shaun Bennett E39866
Corcoran State Prison
900 Quebec Avenue
P.O. Box 5242
Corcoran, CA 92121-5242

Dated: October 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Bennett2792TransED.wpd         3

**United States District Court**
For the Northern District of California