1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID SHAUN BENNETT,                    1:08-cv-1573 DLB (HC)

12          Petitioner,                     ORDER GRANTING MOTION
                                            TO PROCEED IN FORMA PAUPERIS
13      vs.
                                            (DOCUMENT #2, #5)
14  WARDEN KEN CLARK,

15          Respondent.
    _____/
16

17      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18  28 U.S.C. § 2254.

19      Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20  prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21  afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22  See 28 U.S.C. § 1915.

23

24      IT IS SO ORDERED.

25  Dated:   **October 27, 2008**          _____ **/s/ Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28